UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :   Chapter 11
In re:                                                   :
                                                         :   Case No.: 09-77781 (dte)
**SONIX MEDICAL RESOURCES, INC.**                        :
                                                         :
                                                         :
              Debtor(s).                                 :
                                                         :
-------------------------------------------------------- X

# ORDER SCHEDULING HEARING ON DEBTOR'S MOTION TO USE CASH COLLATERAL AND FIXING HEARING DATE ON FIRST DAY APPLICA*T*IONS ON SHORTENED NOTICE AND FOR RELATED RELIEF

UPON the annexed Affidavit A. Mitchell Greene, dated October 15, 2009 (the "Affidavit") Pursuant To Local Bankruptcy Rule 9077-1(A) and the Debtors' Application For An Order Shortening Time For Notice under Fed. R. Bankr. P. 9006(c)(1) Setting A Hearing On Debtors' First Day Applications (as such term is defined in the Affidavit) and for Related Relief, filed by the debtors, Sonix Medical Resources, Inc and its debtor affiliates. (collectively, the "Debtors"),

IT APPEARING THAT unless an hearing is scheduled by the Court on shorten notice, immediate and irreparable harm and injury to the Debtor and its estate will occur through its inability, *inter alia*, to use cash collateral and timely pay its employees, and sufficient cause appearing to me to schedule a hearing on shortened notice with respect to the relief sought in the Debtors' Cash Collateral Motion and First Day Applications; it is

ORDERED, that a hearing shall be held before the Honorable Dorothy Eisenberg, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, **Courtroom 760,** 290 Federal Plaza, Central Islip, New York 11722 on October **22**, 2009 at

1

***11:00 a.m.***, or as soon thereafter as counsel can be heard to determine, (i) whether the relief sought in the First Day Applications should be granted; (ii) whether the Interim Order authorizing the Debtors' use of Cash Collateral, in the form annexed to the Cash Collateral Motion as Exhibit B should be entered pursuant to §363(c)(2) of the Bankruptcy Code, authorizing the Debtor to use Cash Collateral pending a final hearing (the "Final Hearing"); (iii) fixing the place, time and date for the Final Hearing; and (iv) granting such other and further relief as may be just and proper; and it is further

ORDERED, that objections, if any, to the relief requested in the Cash Collateral Motion or the First Day Applications shall be in writing, shall specify the basis for such objections, shall identify the name of the objecting party and the basis and nature of its objection, and shall be filed with the Clerk of the Court and served upon Robinson Brog Leinwand Greene Genovese & Gluck P.C., attorneys for the Debtor, 1345 Avenue of the Americas, New York, New York 10105, Attn.: A. Mitchell Greene, Esq., and the United States Trustee for the Eastern District of New York, 290 Federal Plaza, Central Islip, New York 11722, with a courtesy copy to chambers, so that they are received on or before October ***21***, 2009 at ***4:30*** p.m.; and it is further

ORDERED, that service of a copy of this ***O***rder***, the Affidavit,*** the Cash Collateral Motion***,*** and First Day Applications (including the exhibits thereto) by Federal Express or other overnight delivery service upon (i) CIT through their counsel, Blank Rome, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174, Attn: John J. Pribish, Esq., (ii) the United States Trustee, Eastern District of New York, Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, (iii) the Debtor's thirty largest unsecured creditors on a consolidated basis as set forth on Debtors' respective Petitions filed with this Court, (iv) all utilities affected by the First Day Applications, and (v) all parties having filed notices of

appearance and/or a demand for notices in this case, on or before October *16*, 2009, shall be deemed good and sufficient service and notice of the Application and the relief sought therein*;* *and it is further*

*ORDERED, that an affidavit of service shall be filed by October 16, 2009*.

DATED:	Central Islip, New York
	October *16*, 2009

*s/ Dorothy Eisenberg*
UNITED STATES BANKRUPTCY JUDGE