**PROSKAUER ROSE LLP**
Counsel for Radiology Imaging Consultants, P.C.
Jeffrey W. Levitan
Adam T. Berkowitz
1585 Broadway
New York, NY 10036-8299
(212) 969-3000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SONIX MEDICAL RESOURCES INC., <u>et al.</u>, | Case No. 09-77781 (DTE) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
<u>**REQUEST FOR NOTICE**</u>

**TO THE CLERK OF THE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE**, that the undersigned appears in the above-captioned Chapter 11 cases on behalf of Radiology Imaging Consultants, P.C., a party-in-interest herein, and pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Sections 342, 704(7), 725 and 1109(b) (to the extent applicable) of Title 11, United States Code, 11 U.S.C. § 101 <u>et</u> <u>seq</u>. (the "<u>Bankruptcy Code</u>"), demands that all notices given or required to be given, and all papers served or required to be served in the above-captioned Chapter 11 cases including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements and all other matters arising in these Chapter 11 cases or in any related adversary proceeding, be

served upon:

>Proskauer Rose LLP
>1585 Broadway
>New York, NY 10036-8299
>Attn: Jeffrey W. Levitan, Esq.
>    Adam T. Berkowitz, Esq.
>Telephone Number: (212) 969-3000
>Facsimile Number: (212) 969-2900
>Email:  jlevitan@proskauer.com
>    aberkowitz@proskauer.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to applicable Sections of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise, which affects the Debtors in the above-captioned Chapter 11 cases or any property of the Debtors.  This Notice of Appearance and Request for Notice shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject

to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Radiology Imaging Consultants, P.C. is or may be entitled.

Dated: October 27, 2009
      New York, New York

**PROSKAUER ROSE LLP**
Counsel for Radiology Imaging Consultants, P.C.

By:  /s/ Jeffrey W. Levitan
    Jeffrey W. Levitan, Esq.
    Adam T. Berkowitz, Esq.
    1585 Broadway
    New York, New York 10036-8299
    (212) 969-3000

To:     Parties on the Annexed Service List

4541/48970-022 Current/16299721v1

3

**Service List**

Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Attn: A. Mitchell Greene
1345 Avenue of the Americas
New York, New York 10105

Office of the United States Trustee
Attn: Diana G. Adams
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

**PROSKAUER ROSE LLP**
Counsel for Radiology Imaging Consultants, P.C.
Jeffrey W. Levitan
Adam T. Berkowitz
1585 Broadway
New York, NY 10036-8299
(212) 969-3000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SONIX MEDICAL RESOURCES INC., et al., | Case No. 09-77781 (DTE) |
| Debtors. | (Jointly Administered) |

STATE OF NEW YORK )
                                  ss.:
COUNTY OF NEW YORK )

**AFFIDAVIT OF SERVICE**
**BY FIRST CLASS MAIL**

      David C. Cooper, being duly sworn, deposes and says that:

      1.    I am not a party to the action, am over 18 years of age and reside in New York County, New York.

      2.    On October 27, 2009, I caused true copies of the attached Notice of Appearance and Request for Notice on behalf of Radiology Imaging Consultants, P.C. (the "Notice of Appearance") to be served upon the parties on the preceding service list via First Class Mail by enclosing the Notice of Appearance into properly addressed, stamped envelopes

and causing the same to be deposited into a designated depository maintained by the United States Postal Service.

          /s/ David C. Cooper
            David C. Cooper

Sworn to before me this
27th day of October, 2009

/s/ Javier Santiago
Notary Public, State of New York
No. 01SA6185530
Qualified in New York County
Commission Expires April 21, 2012