# EXHIBIT A – DATA REQUIREMENTS AND SUGGESTED DEADLINES[1]

1. For each Debtor and on a consolidated basis, a weekly budget of revenues, cash inflows and outflows and ending cash balances in a format acceptable to CIT which shall list all major categories of expense greater than $5,000 and include a separate budget line of any and all non-recurring cash receipts or expenditures (due Tuesday of each week for the prior week).

2. Information and reports pertaining to the accounts receivable of the Debtors (consolidated and each separately) consisting of a weekly report of accounts receivables activity to include the beginning balance, weekly revenues, collections, adjustments and ending balance (due each Tuesday).

3. Weekly variance reporting of actual to budget for the items in 1. above along with a detail listing of actual expenditures to include amount and payee. (due each Tuesday).

4. Listing of detail payroll of each Debtor entity, Advanced Healthcare Resources, Inc. and Meditab Consulting Company, Inc. to include physical location (e.g, Tom's River), name, position, and bi-weekly amount (due each Tuesday following a bi-weekly payroll).

5. Consolidated and location financial statements for October 2009 (due no later than November 23, 2009).

6. Any new information or updates regarding the status of the closure and disposition of the assets of the Englewood location and all new indications of interest or changes with respect to the possible sale of any or all locations or any significant assets of the Debtors (due each Tuesday).

7. Statement as to the Debtor's plan with respect to locations the Debtors are considering closing and the timing thereof (due each Tuesday).

8. For each Professional Corporation (radiologist groups), a weekly report of activity in the respective bank accounts to include beginning balance, daily cash receipts and daily cash disbursements indicating each payor and payee (due each Tuesday).

9. CIT Healthcare right to inspect collateral, including CIT right to access to each location of the Debtors or other non-debtor affiliates where records pertaining to CIT Healthcare's collateral or records relating to the Debtor's operations may be located.

10. Alternative and/or new vendors from whom the Debtors have or may procure goods and services for critical needs of the Debtors (due each Tuesday).

---

[1] With respect to all of the foregoing items, for the avoidance of all doubt, CIT Healthcare also requests information from non-debtors that may be operating on the Debtors' premises or who may be using the Debtors' assets or cash in furtherance of the respective non-debtor's business.

11. Weekly report of imaging scans and other procedures performed during the prior week (due each Tuesday).

12. Historical Weekly Scan Volume Reports By Debtor since July 2009 (due November 17, 2009).

13. Radiology Agreements, as amended and as supplemented, involving Debtors and non-debtors (due no later than November 16, 2009).

14. Weekly Cash Inflows and Outflows By Debtor (due each Tuesday).