RABINOWITZ, LUBETKIN & TULLY, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
(973) 597-9119 (Fax)
Mary Ellen Tully (MT3306)
*Counsel for Jefferson Medical & Imaging, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 09-77781 (dte) |
| SONIX MEDICAL RESOURCES, INC., et al., | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE OF JEFFERSON MEDICAL & IMAGING, INC. AND
## DEMAND FOR NOTICE AND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned and the law firm of Rabinowitz, Lubetkin
& Tully, L.L.C., counsel to Jefferson Medical & Imaging, Inc., a party-in-interest in the above-
referenced Chapter 11 case, and pursuant to Bankruptcy Rules 2002 and 9010(b), requests that
all notices given or required to be given in this case, and all papers served or required to be
served in this case, be given to and served upon the undersigned attorney, or on its behalf, at
the address set forth below:

> Rabinowitz, Lubetkin & Tully, L.L.C.
> 293 Eisenhower Parkway, Suite 100
> Livingston, NJ 07039
> Mary Ellen Tully, Esq.
> (973) 597-9100 phone
> (973) 597-9119 fax
> metully@rltlawfirm.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices of pleadings referred to in the Bankruptcy Rules specified above, but also includes without limitation orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the estate and the debtor, or property in which it may claim an interest.

**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
Attorneys for Jefferson Medical & Imaging, Inc.

By: _Mary Ellen Tully_
MARY ELLEN TULLY

Dated: Livingston, New Jersey
        October 30, 2009

293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100 – Tel.
(973) 597-9119 – Fax
metully@rltlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that copies of the within Notice of Appearance, Demand for Notice and For Service of Papers were served on November 11, 2009 by electronic filing. I declare under penalty of perjury that the foregoing statement is true and correct.

/s/ Mary Ellen Tully
MARY ELLEN TULLY

Dated: November 11, 2009

F:\Client_Files\A-M\Jefferson Medical\NoticeAppearance.doc