IBM

IBM Corporation
13800 Diplomat Dr
Dallas, TX 75234

Phone: 214-258-4481
FAX: 1-845-432-0869
email: vnamken@us.ibm.com

November 23, 2009

## UNITED STATES BANKRUPTCY COURT
### Eastern District of New York

RE: Sonix Medical Resources, Inc., et al      CHAPTER: 11
                                                     CASE# 09-77781

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that International Business Machines Credit LLC (ICC), a creditor and party-in-interest herein, hereby appears in the Chapter 11 case, and requests that, pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions applications, petitions, pleadings, and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

ATTN: Vicky Namken
IBM Corporation
13800 Diplomat Dr
Dallas, TX 75234

**INTERNATIONAL BUSINESS MACHINES CORPORATION**


BY: /s/ Vicky Namken
       Vicky Namken
       Bankruptcy Coordinator

TO: Clerk of the Court
     US Bankruptcy Court
     Eastern District of New York
     290 Federal Plaza
     PO Box 9013
     Central Islip, NY 11722-9013