Wendy G. Marcari, Esquire
**EPSTEIN BECKER & GREEN, P.C.**
250 Park Avenue, 11th Floor
New York, NY 10017
Telephone: (212) 351-4500
Fax: (212) 878-8719
Email: wmarcari@ebglaw.com

Counsel for Chatham Imaging Associates, LLC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
:
In re:                                              :    Chapter 11
                                                    :
SONIX MEDICAL RESOURCES, INC.,                      :    Case No. 09-77781 (dte)
*et al.*,                                           :
                                                    :    Jointly Administered
          Debtors.                                  :
                                                    :
-------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Chatham Imaging Associates, LLC ("Chatham"), a creditor and party-in-interest in the above-captioned jointly administered cases, hereby appears by its counsel, Epstein Becker & Green, P.C., and such counsel enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above captioned case be given and served upon the following persons at the following address, telephone and fax number:

Wendy G. Marcari, Esquire
Epstein Becker & Green, P.C.
250 Park Avenue, 11th Floor
New York, NY 10017
Telephone: (212) 351-4500
Fax: (212) 878-8719
Email: wmarcari@ebglaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, fax, email, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Chatham's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to

which Chatham is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Chatham expressly reserves.

Dated: New York, NY
December 8, 2009

Respectfully Submitted,

*/s/ Wendy G. Marcari*
Wendy G. Marcari, Esquire (WM 8494)
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue, 11th Floor
New York, NY 10017
Telephone: (212) 351-4500
Fax: (212) 878-8719
Email: wmarcari@ebglaw.com

COUNSEL FOR CHATHAM
IMAGING ASSOCIATES, LLC