**Sanford Strenger, Esq.**
**Salamon, Gruber, Blaymore**
 **& Strenger, P.C.**
**97 Powerhouse Road, Suite 102**
**Roslyn Heights, New York 11577**
**Telephone No.: 516-625-1700**
**Facsimile No.:  516-625-1795**
sstrenger@sgnblaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

| | |
|---|---|
| **In re:** | Case Nos.: 09-77781 (dte) |
| | Jointly Administered |
| **SONIX MEDICAL RESOURCES, INC., et al.** | |
| **Debtors.** | |

------------------------------------------------------------------X

**NOTICE OF APPEARANCE FOR STONY BROOK RESOURCES, L.P.**
**AND REQUEST FOR RECEIPT OF ALL NOTICES AND ALL OTHER**
**DOCUMENTS HEREIN, INCLUDING ECF NOTICE**
**REGARDING ALL DOCUMENTS OR ENTRIES**

**PLEASE TAKE NOTICE** that Stony Brook Resources, L.P., a landlord and creditor in the jointly administered chapter 11 assets of Debtors and Debtors-in-Possession Sonix Medical Resources, Inc. (No. 09-77781), MRI Resources, Inc. (No. 09-77791), Toms River Resources, Inc. (No. 09-77793), Stony Acquisitions, Inc. (09-77787), Sonix Management Resources, Inc. (09-77782), Chatmondhad Resources, Inc. (09-77783), QKSI Resources, Inc. (0977792), Brooklyn 49th Street Resources, Inc. (09-77790), Englewood Resources, Inc. (09-77789), Chatham Medical Resources, Inc. (09-77785) and Brick Resources, Inc. (09-777-84) (the "Debtors") hereby appears in these jointly administered chapter 11 cases (the "Cases"), by its counsel, Salamon, Gruber, Blaymore & Strenger, P.C., and requests, pursuant to 11 U.S.C. section 1109(b) and Part VII of the Federal Rules of Bankruptcy Procedure ("FRBP"), as well as

FRBP 2002 and 9019, that all notices given or required to be given in or in connection with the Cases, and all motions, applications, pleadings and/or other documents of any kind or nature served or required to be served in or in connection with the Cases, be given to and served upon the undersigned attorney on his behalf, at the address set forth below:

**Salamon, Gruber, Blaymore & Strenger, P.C.**
**Attn: Sanford Strenger, Esq.**
**97 Powerhouse Road, Suite 102**
**Roslyn Heights, New York 11577**
**516-625-1700 (tel. #)**
**516-625-1795 (fax #)**
<u>**sstrenger@sgnblaw.com**</u>

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. section 1109(b), the foregoing request applies to and includes not only the notices and papers referenced in the FRBP and other provisions cited above, but also without limitation to all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affects, or seek to affect, or may potentially affect in any way, the Cases, the Debtors or any property or proceeds in which the Debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that Stony Brook Resources, L.P. intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (1) its right to have a final order in noncore matters entered only after de novo review by a District Judge; (2) its right to trial by jury in the Cases or any adversary proceeding, matter in controversy, or proceeding related to the Cases; (3) its right to have the District Court withdraw the reference in any manner subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under

agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved by Stony Brook Resources, L.P.

Dated: Roslyn, New York
      December 21, 2009

      SALAMON, GRUBER, BLAYMORE
      & STRENGER, P.C.

By: s/_____
    Sanford Strenger, Esq. (SS-0175)
97 Powerhouse Road, Suite 102
Roslyn Heights, New York 11577
516-625-1700

TO:

Office of the Clerk
United States Bankruptcy Court

Office of the U.S. Trustee (EDNY)

Robinson, Brog, Leinwand, Greene
Genoves & Gluck, P.C.
Attorneys for the Debtors

All Parties that have filed a Notice of Appearance

All Creditors and Parties in Interest listed in the Debtors' Matrix of Creditors

G:\LITIGATION\Stony Brook\Pleadings\Notice of Apparance.wpd