FOX ROTHSCHILD LLP
Fred Stevens (FS 1346)
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

*Proposed Attorneys for The Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SONIX MEDICAL RESOURCES INC., et al., | : | Case No. 09-77781 (DTE) |
| | : | |
| | : | (Jointly Administered) |
| Debtor(s). | : | |

------------------------------------------------------x

**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION FOR AN ORDER EXTENDING ITS EXCLUSIVE PERIOD FOR FILING A CHAPTER 11 PLAN AND SOLICITING ACCEPTANCES THERETO**

TO THE HONORABLE DOROTHY T. EISENBERG,
UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "Committee") for the above-captioned jointly-administered debtors (collectively, the "Debtors"), by and through its proposed attorneys, Fox Rothschild LLP, as and for its objection (the "Objection") to Debtors' motion (the "Motion") for entry of an order extending the exclusive periods during which the Debtors may propose a chapter 11 plan and solicit acceptances thereto, respectfully sets forth and represents as follows:

**INTRODUCTION**

1. On October 15, 2009 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with this Court. The Debtors are currently operating their business as

debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. Pursuant to order dated October 20, 2009, the Debtors' cases are being jointly administered [DE 22].

2. On November 16, 2009, the United States Trustee (the "UST") appointed GE Healthcare, Jefferson Medical & Imaging, Inc. and ISI Reprographics, Inc., to an Official Committee of Unsecured Creditors for the QKSI Resources, Inc. case (the "QKSI Committee"). By notice dated January 27, 2010, the UST expanded the QKSI Committee to all the Debtors' jointly-administered cases, creating the present Committee [DE 208]. The Committee has selected Fox Rothschild LLP as its counsel subject to the approval of this Court.

3. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

**OBJECTION**

4. Upon the motion of the Debtors, the Court entered an interim order authorizing the use of CIT Healthcare LLC's ("CIT") cash collateral pursuant to a certain budget on October 26, 2009 (the "First Order") [DE 40]. The Court subsequently entered orders on November 12, 2009 and December 10, 2009, allowing the continued use of cash collateral pursuant to related budgets [DEs 93 and 144, respectively] (collectively with the First Order, the "Cash Collateral Orders"). The Debtors' authority to use cash collateral is set to expire on or around February 5, 2010, unless additional orders are entered. The Committee filed an objection to the relief purportedly granted in the Cash Collateral Orders because, among other things, CIT is not allowing the estates to use enough cash to fund the costs of preserving its collateral.

5. Absent a consensual extension of the time to assume or reject nonresidential real property leases past mid-May, the time for any party to propose a plan that contemplates the sale or restructuring of the Debtors' businesses will be over in three and one-

2

half months. The Committee does not believe that any party should be prohibited from proposing a plan given that: (i) the window for filing a plan that contemplates a disposition of some of the Debtors' primary assets is rapidly closing; (ii) the estates are spending more to run than is being permitted to be paid by CIT under the Cash Collateral Orders, and consequently, the estates may be administratively insolvent; and (iii) although the Debtors claim to be actively working towards a sale or restructuring, parties have not been given sufficient information to determine whether it is likely that a viable plan will be forthcoming.

6. For at least the forgoing reasons, the Committee respectfully submits that exclusivity should permitted to lapse, and any party wishing to propose a plan should be permitted to do so.

Dated: New York, New York
January 29, 2010

Respectfully submitted,

FOX ROTHSCHILD LLP

By: */s/ Fred Stevens*
Fred Stevens (FS 1346)
100 Park Avenue, 15th Floor
New York, NY 10017
Tel: (212) 878-7900
Fax: (212) 692-0940
Email: fstevens@foxrothschild.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*