UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                          :   Chapter 11

In re:                                     :

                                                         :   Case No.: 09- 77781 (dte)

**SONIX MEDICAL RESOURCES, INC.**   :
et al.

                                                         :   (Jointly Administered)
                         Debtors.   :
                                                        :
------------------------------------------------------- X

## BRIDGE ORDER REGARDING EXCLUSIVITY

       **WHEREAS**, by motion dated January 20, 2010, the Debtors filed their motion for a extension its exclusive right to file a plan of reorganization through and including May 15, 2010 and to solicit acceptances with respect thereto through and including July 15, 2010 (the "Exclusivity Motion") which motion was returnable on February 4, 2010; and

       **WHEREAS**, the hearing on the Exclusivity Motion was adjourned to February 18, 2010, and whereas the Debtors have requested the entry of this bridge order to insure that their exclusive right to file a plan of reorganization does not lapse before the adjourned date of the Exclusivity Motion; it is

       **ORDERED,** that the Debtors exclusive period to file a plan of reorganization is hereby extended to February 19, 2010, and that, in the event a plan of reorganization is filed on or before February 19, 2010, then the Debtor's exclusive period to solicit acceptances of such plan is hereby extended to April 19, 2010, subject to further order of the Court, and it is further

**ORDERED,** that Exclusivity Motion is hereby adjourned to February 18, 2010 at 2:00 p.m.

DATED: Central Islip, New York
February *8*, 2010

*s/ Dorothy Eisenberg*
Hon. Dorothy Eisenberg