| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X<br><br>In re:<br><br>**SONIX MEDICAL RESOURCES, INC.,**<br>*et al.*,<br>                      Debtors.<br>---------------------------------------------------------X | **Settlement Date:**<br>**February 10, 2010 at 9:30 a.m.**<br><br>Chapter 11<br>Case No. 09-77781 (dte)<br>[Jointly Administered] |

### ORDER DIRECTING PAYMENT OF
### POST-PETITION RENT AND RELATED RELIEF

      **Upon** the Motion dated December 30, 2009 of **RA 150 Motor Parkway, LLC** ("RA 150" or "Landlord"), for an Order (1) directing the Debtor to pay RA 150 post-petition arrears pursuant to 11 U.S.C.§365(d)(3); (2) in the event the Debtor fails to pay post-petition rent, granting relief from the automatic stay pursuant to §362(d)(1); (3) declaring that RA 150's claim for post-petition rent is allowable under 11 U.S.C. §507(a)(1), and that such claim shall have priority over any other claim allowable under such sub-section pursuant to §507(b); (4) if the Debtor fails to promptly pay RA 150 any future post-petition rent under the Lease as and when it becomes due, deeming the lease to be rejected and granting RA 150 immediate relief from the automatic stay, upon the submission of an Affirmation attesting to such failure to pay post-petition rent; and (5) granting such other and further relief as the Court deems just and proper; and, upon the Notice of Motion having been served upon counsel for the Debtor and the United States Trustee; and all other interested parties having duly received electronic notification thereof, and it appearing that such notice is sufficient and adequate, and

**Upon** the Motion dated January 20, 2010, of the Debtors, to extend time to assume or reject leases and non-residential real property (the "Extension Motion"), and notice of the Extension Motion having been duly served upon all interested parties; and a Hearing having been held on February 4, 2010, at which time the Motions were considered; upon the records of such Hearing; *and consideration of a proposed order settled by RA 150 Motor Parkway LLC on February 4, 2010;* and after due deliberation, and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is hereby granted to the extent that the Debtor is directed to pay RA 150 post-petition rent in the amount of **$27,825.06** no later than **February 17, 2010;** and it is further

**ORDERED**, that in the event the Debtor fails to make payment of the foregoing amount as provided herein, the automatic stay shall be deemed modified with respect to RA 150 Motor Parkway, LLC only, to permit the Landlord to seek relief in the appropriate non-bankruptcy form; and it is further

**ORDERED**, that in the event the Debtor makes payment to RA 150 as provided for herein, then the time to assume or reject the Debtor's Lease with RA 150 is hereby extended to **February 19, 2010** pending further order of the Court; and it is further

**ORDERED**, that the Motion of the Landlord to compel the payment of rent and the Motion to extend time to assume or reject the Debtor's Lease with Landlord is hereby adjourned to **February 18, 2010 at 10:00 a.m.**

**DATED:** Central Islip, New York
February *16*, 2010

                                  *s/ Dorothy Eisenberg*
                                  **HONORABLE DOROTHY EISENBERG**
                                  **UNITED STATES BANKRUPTCY JUDGE**