February 16, 2010

RECEIVED 2010 FEB 17 A 10:43

United States Bankruptcy Court
Eastern District Of New York
760 Federal Plaza
Central Islip, NY 11722-4437
Attn: Hon. Dorothy Eisenberg

Re: Sonix Medical Resources
Case #:09-77781

Dear Hon. Dorothy Eisenberg,

I am writing to you regarding the above case with Sonix Medical Resources. I am an employee of Sonix Medical Resources of 7 years.

Sonix has taken monies out of my paycheck over the last 3 years that were suppose to be contributions to my 401K. Starting 1/1/2007 to 12/31/2009 $4913.75 of those dollars have never been deposited into my 401K account. Sonix has kept these dollars for themselves. I have attached end of year statements from Fidelity as well as a copy of my W2 for all three years to prove the discrepancies.

There has been rumor that the court has been informed by the Sonix attorneys that the only monies not deposited into the employee 401K accounts were employer match dollars. This is not true. (Although they also did not follow through with the promise of a match to the employee contribution. That is another story.) The $4913.75 mentioned above was removed from wages earned by me and taken by Sonix. Not to mention any interest I would have earned on those dollars if they had been placed properly and timely into my 401K account as well.

Page 2

I appreciate your reading this letter and any help you can provide me and the other employees of Sonix who are in similar situations.

Thank you.

Sincerely,

Jeanne Hennessy
654 Delaware Ave
Pont Pleasant, NJ 08742
732-330-0247

Total dollar amount owed to Jeanne Hennessy from Sonix Medical Resources that was deducted from her pay check as a contribution to her 401K that was never deposited in her 401K is 4913.75. See attached paperwork.

This dollar amount is not to be confused with the monies Sonix promised to match in the 401K. This dollar amount represents what Sonix retained for themselves out of Jeanne Hennessy's payroll instead of depositing in her 401K as expected.

2009

My contribution according to my W2 was    $4352.14

Received by Fidelity was                  $2633.71

Difference of                             $1718.43 owed to my 401K by Sonix

This does not include the employer (Sonix) match that was promised and not delivered. This $1718.43 is the dollar amount taken from my paycheck that was suppose to be deposited in my 401K by Sonix that was never deposited. It was kept by Sonix.

# 2009 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2009 pay stub plus any adjustments submitted by your employer.

| | | | | |
|---|---|---|---|---|
| Gross Pay | 103075.20 | Social Security Tax Withheld Box 4 of W-2 | 6173.17 | NJ. State Income Tax Box 17 of W-2 |
| | | | | 4356.17 |
| | | | | SUI/SDI |
| | | | | 293.33 |
| Fed. Income Tax Withheld Box 2 of W-2 | 17429.57 | Medicare Tax Withheld Box 6 of W-2 | 1443.73 | Box 14 of W-2 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NJ. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 103,075.20 | 103,075.20 | 103,075.20 | 103,075.20 |
| Less 401(k) (D-Box 12) | 4,352.14 | N/A | N/A | 4,352.14 |
| Less Other Cafe 125 | 3,507.94 | 3,507.94 | 3,507.94 | N/A |
| Reported W-2 Wages | 95,215.12 | 99,567.26 | 99,567.26 | 98,723.06 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

**JEANNE M. HENNESSY**
**654 DELAWARE AVENUE**
**PT. PLEASANT, NJ 08742**

Social Security Number: 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
Taxable Marital Status: SINGLE

Exemptions/Allowances:
FEDERAL: 2
STATE:     2  Table A     SINGLE

© 2009 ADP, INC.

← Fold and Detach Here →

C009

Transaction History Overview >

# Transaction History

Print

View history from the time you opened your account to the present.

Frequently Asked Questions

⟳ Download Transaction History

⟳ View Processed Exchanges

### Select Time Period or Date Range



| Time Period | Custom Date Range | From | 1/1/2009 | To | 12/31/2009 |
|---|---|---|---|---|---|
| | | | (mm/dd/yyyy) | | (mm/dd/yyyy) |

Get History

**Investments**  Sources

**Transaction History Period: 01/01/2009 to 12/31/2009**

### Summary of Contributions

| Contributions | Amount |
|---|---|
| Employee Contributions | $2,633.71 |
| ⊞ Show Details | |
| Employer Contributions | $1,145.30 |
| ⊞ Show Details | |
| **Summary of Contributions Total** | **$3,779.01** |

w2

### Transaction Details

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 12/23/2009 | OPPHMR MAIN ST OPP A | Loan Repayments | $7.90 | 0.718 |
| ⊞ Show Details | | | | |
| 12/23/2009 | OPPHMR MAIN ST OPP A | Loan Repayments | $77.88 | 7.074 |
| ⊞ Show Details | | | | |
| 12/23/2009 | FA LARGE CAP A | Loan Repayments | $7.90 | 0.507 |
| ⊞ Show Details | | | | |
| 12/23/2009 | FA LARGE CAP A | Loan Repayments | $77.88 | 4.999 |
| ⊞ Show Details | | | | |
| 12/23/2009 | FA DYNAM CAP APPR A | Loan Repayments | $7.90 | 0.493 |
| ⊞ Show Details | | | | |
| 12/23/2009 | FA DYNAM CAP APPR A | Loan Repayments | $77.87 | 4.858 |
| ⊞ Show Details | | | | |
| 12/23/2009 | FA ASSET MGR 70% A | Loan Repayments | $7.90 | 0.551 |
| ⊞ Show Details | | | | |

2008

| | |
|---|---|
| My contribution according to my (2) W2s was | $5955.56 |
| Received by Fidelity was | $4810.26 |
| Difference of | $1145.30 owed to my 401K by Sonix |

This does not include the employer (Sonix) match that was promised and not delivered. This $1145.30 is the dollar amount taken from my paycheck that was suppose to be deposited in my 401K by Sonix that was never deposited. It was kept by Sonix.

# 2008 W-2 and EARNINGS SUMMARY



This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2008 pay stub plus any adjustments submitted by your employer.

| Gross Pay | 7635.20 | Social Security Tax Withheld Box 4 of W-2 | 460.56 | NJ. State Income Tax Box 17 of W-2 | 313.18 |
| | | | | SUI/SDI | 70.63 |
| Fed. Income Tax Withheld Box 2 of W-2 | 1295.73 | Medicare Tax Withheld Box 6 of W-2 | 107.71 | Box 14 of W-2 | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NJ. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 7,635.20 | 7,635.20 | 7,635.20 | 7,635.20 |
| Less 401(k) (D-Box 12) | 458.12 | N/A | N/A | 458.12 |
| Less Other Cafe 125 | 206.75 | 206.75 | 206.75 | N/A |
| Reported W-2 Wages | 6,970.33 | 7,428.45 | 7,428.45 | 7,177.08 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

JEANNE M. HENNESSY
654 DELAWARE AVENUE
PT. PLEASANT, NJ 08742

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 2
STATE: 2 Table A SINGLE

# 2008 W-2 and EARNINGS SUMMARY



This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2008 pay stub plus any adjustments submitted by your employer.**

| Gross Pay | 91622.40 | Social Security Tax Withheld Box 4 of W-2 | 5501.82 | N.J. State Income Tax Box 17 of W-2 | 3758.16 |
| | | | | SUI/SDI | 185.60 |
| Fed. Income Tax Withheld Box 2 of W-2 | 15436.08 | Medicare Tax Withheld Box 6 of W-2 | 1286.72 | Box 14 of W-2 | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | N.J. State Wages, Tips, Etc. Box 16 of W-2 |
| --- | --- | --- | --- | --- |
| Gross Pay | 91,622.40 | 91,622.40 | 91,622.40 | 91,622.40 |
| Less 401(k) (D-Box 12) | (5,497.44) | N/A | N/A | 5,497.44 |
| Less Other Cafe 125 | 2,883.36 | 2,883.36 | 2,883.36 | N/A |
| Reported W-2 Wages | 83,241.60 | 88,739.04 | 88,739.04 | 86,124.96 |

**3. Employee W-4 Profile.  To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.**

JEANNE M. HENNESSY
654 DELAWARE AVENUE
PT. PLEASANT, NJ 08742

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 2
STATE:   2   Table A          SINGLE

© 2008 ADP, INC.

--- Fold and Detach Here ---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 83241.60 | 15436.08 |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 83241.60 | 15436.08 |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 83241.60 | 15436.08 |



2008



**Sonix 401(k) Plan**

JEANNE M HENNESSY
654 DELAWARE AVENUE
PT. PLEASANT, NJ 08742-

**Retirement Savings Statement**

☎ Customer Service: (800) 294-4015
Fidelity Investments Institutional Operations
Company, Inc.
82 Devonshire Street
Boston, MA 02109

---

## Your Account Summary

Statement Period: 01/01/2008 to 12/31/2008

| | |
|---|---|
| **Beginning Balance** | **$31,760.45** |
| Your Contributions | $4,810.26 |
| Employer Contributions | $1,985.33 |
| Loan Repayments | $7,625.11 |
| Interest | $5.19 |
| Adjustments | -$7.16 |
| Change in Market Value | -$16,767.98 |
| **Ending Balance** | **$29,411.20** |

**Additional Information**

| | |
|---|---|
| Vested Balance | $29,411.20 |
| Outstanding Loan Balance | $17,088.86 |
| Dividends & Interest | $458.67 |

Loans are an asset of your account but are not included in your ending balance or reflected in your asset allocation.

---

### Your Personal Rate of Return

**This Period**                                          **-42.1%**

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

---

## Your Asset Allocation

Statement Period: 01/01/2008 to 12/31/2008

**Why is This Important?**

🖳 e-Learning: Learn about asset allocation.

2007

My contribution according to my W2 was    $5944.04

Received by Fidelity was                   $3894.02


Difference of                              $2050.02 owed to my 401K by Sonix


This does not include the employer (Sonix) match that was promised and not delivered.
This $2050.02 is the dollar amount taken from my paycheck that was suppose to be
deposited in my 401K by Sonix that was never deposited. It was kept by Sonix.

# 2007 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2007 pay stub plus any adjustments submitted by your employer.

| Gross Pay | 99065.60 | Social Security Tax Withheld Box 4 of W-2 | 6002.18 | NJ. State Income Tax Box 17 of W-2 | 4058.71 |
| | | | | SUI/SDI Box 14 of W-2 | 246.05 |
| Fed. Income Tax Withheld Box 2 of W-2 | 17103.03 | Medicare Tax Withheld Box 6 of W-2 | 1403.74 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NJ. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 99,065.60 | 99,065.60 | 99,065.60 | 99,065.60 |
| Less 401(k) (D-Box 12) | 5,944.04 | N/A | N/A | 5,944.04 |
| Less Other Cafe 125 | 2,256.25 | 2,256.25 | 2,256.25 | N/A |
| Reported W-2 Wages | 90,865.31 | 96,809.35 | 96,809.35 | 93,121.56 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JEANNE M. HENNESSY
654 DELAWARE AVENUE
PT. PLEASANT, NJ 08742

Social Security Number: 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
Taxable Marital Status: SINGLE

Exemptions/Allowances:
FEDERAL: 2
STATE: 2 Table A SINGLE

© 2007 ADP, INC.

2007

Transaction History Overview >

# Transaction History

Print

View history from the time you opened your account to the present.

Frequently Asked Questions

◯ Download Transaction History

◯ View Processed Exchanges

### Select Time Period or Date Range

| Time Period | Custom Date Range | From | 1/1/2007 | To | 12/31/2007 |
|---|---|---|---|---|---|
| | | | (mm/dd/yyyy) | | (mm/dd/yyyy) |

Get History

Investments | Sources

**Transaction History Period: 01/01/2007 to 12/31/2007**

### Summary of Contributions



| Contributions | Amount | ω 2 |
|---|---|---|
| Employee Contributions | $3,894.02 | |
| ⊞ Show Details | | |
| Employer Contributions | $2,366.81 | |
| ⊞ Show Details | | |
| **Summary of Contributions Total** | **$6,260.83** | |

### Transaction Details

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 12/21/2007 | FA ASSET MGR 70% A | DIVIDEND | $236.75 | 19.663 |
| ⊞ Show Details | | | | |
| 12/17/2007 | OPPHMR MAIN ST OPP A | CONTRIBUTION | $85.90 | 6.377 |
| ⊞ Show Details | | | | |
| 12/17/2007 | FA LARGE CAP A | CONTRIBUTION | $85.90 | 4.433 |
| ⊞ Show Details | | | | |
| 12/17/2007 | FA DYNAM CAP APPR A | CONTRIBUTION | $85.90 | 4.437 |
| ⊞ Show Details | | | | |
| 12/17/2007 | FA ASSET MGR 70% A | CONTRIBUTION | $85.89 | 6.860 |
| ⊞ Show Details | | | | |
| 12/14/2007 | FA LARGE CAP A | DIVIDEND | $706.85 | 35.808 |
| ⊞ Show Details | | | | |
| 12/11/2007 | OPPHMR MAIN ST OPP A | DIVIDEND | $409.15 | 29.648 |
| ⊞ Show Details | | | | |