```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :    Chapter 11
In re:                                                  :
                                                        :    Case No.: 09-77781 (dte)
SONIX MEDICAL RESOURCES, INC.                           :
Et al.                                                  :
                                                        :    (Jointly Administered)
                         Debtors.                       :
                                                        :
------------------------------------------------------- X
```

**ORDER SCHEDULING *EMERGENCY* EXPEDITIED HEARING TO APPROVE PRIVATE SALE AND FOR RELATED RELIEF**

Sonix Medical Resources, Inc. having filed an application, dated March **9**, 2010, ***and filed March 16, 2010,*** seeking the entry of an order (i) pursuant to §§105, 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 9006 of the Federal Rules of Bankruptcy Procedure fixing an expedited hearing authorizing the sale of substantially all of the Debtor's assets related to its facility located in Bethpage, New York to Bethpage Magnetic Resonance Imaging P.C. ("Bethpage Magnetic") free and clear of any and all claims, liens, encumbrances and other interests; (ii) approving the Asset Purchase Agreement in connection therewith; (iii) pursuant to §§105 and 365 of the Bankruptcy Code and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure authorizing the assumption and assignment to Purchaser of certain of the Debtor's executory contracts and unexpired leases of non-residential real property set forth on a schedule annexed to the APA, including providing for applicable cure costs, and authorizing the rejection of all other leases and executory contracts relating to the operations of the Bethpage Facility; and (iv) granting related relief (the "Application") and the Debtors having requested the Court to schedule a hearing on an expedited basis to approve the Application pursuant to Fed. R. Bankr. P

1

9006(c); and the Debtors having demonstrated good cause to shorten the time for the hearing on the Application; therefore it is

ORDERED, that *an emergency* hearing *(the "Hearing")* will be held before the Honorable Dorothy Eisenberg, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, 290 Federal Plaza, Central Islip, New York *11722*, Courtroom 760 on the *18th* day of March, 2010 at *11:00 a.m.* to consider whether the relief sought in the Application should be granted; and it is further

ORDERED, that the Debtor shall serve a copy of the Application along with all exhibits and a copy of this scheduling order by *e-mail and/or facsimile, by 1:00 p.m. on March 17, 2010, and* overnight delivery on (i) CIT Healthcare LLC through its counsel Blank Rome, (ii) counsel for the Official Committee of Unsecured Creditors in these jointly administered cases, through their counsel, Fox Rothschild LLP (iii) the Office of the United States Trustee for the Eastern District of New York, Attn: Stan Yang, Esq., (iv) all parties having filed a Notice of appearance in these jointly administered cases (v) non-debtor parties to executory contracts being rejected or assumed and assigned, or rejected in connection with the proposed sale*, and (vi) the proposed Purchaser* no later than March *17*, 2010; and it is further

*ORDERED, than an affidavit of such service shall be filed by 5:00 p.m. on March 17, 2010; and it is further*

ORDERED, that objections to the Application, if any, must be (a) filed on the Court's ECF system, (b) served upon counsel to the Debtor via e-mail at [fbr@robinsonbrog.com](fbr@robinsonbrog.com) and (c) a copy of such objection must actually be received by chambers no later than *9:00 a.m.* on March *18*, 2010, *or otherwise will be considered at the*

2

*Hearing*; and it is further

ORDERED, that service of the Application and exhibits and a copy of this order in accordance with the foregoing provisions hereof shall be deemed good and proper service.

Dated: March *17,* 2010
      Central Islip, New York

                                               *s/ Dorothy Eisenberg*
                                        UNITED STATES BANKRUPTCY JUDGE