MORITT HOCK HAMROFF &
HOROWITZ LLP
Attorneys for General Electric Capital Corporation
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
Leslie A. Berkoff
lberkoff@moritthock.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                         Case No. 09-77781
                                         Chapter 11

Sonix Medical Resources Inc., et al.,

                      Debtors      (Jointly Administered)
-----------------------------------------------------------X

## ORDER SCHEDULING HEARING SHORTENING TIME

TO:    THE HONORABLE DOROTHY T. EISENBERG
         UNITED STATES BANKRUPTCY JUDGE

UPON the annexed motion (the "Motion") brought by General Electric Capital Corporation ("GECC"), by and through its attorneys, Moritt Hock Hamroff & Horowitz LLP, and upon the annexed Affirmation of Leslie A. Berkoff, Esq., dated April 12, 2010; it is hereby

ORDERED, that the Motion will be heard on shortened notice for cause, pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure, shown before the Honorable Dorothy T. Eisenberg, United States Bankruptcy Judge, in her Courtroom 760, located at the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, New York on the ____ day of _____, 2010 at _____ o'clock thereof, or soon thereafter as counsel may be heard, why an Order should not be made and entered pursuant to Sections 362(d)(1), 362(d)(2), 365(d)(2), 365(d)(5) and 503(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") and Local Bankruptcy Rule 9077-1(a): (i) compelling the rejection of an

equipment lease; (ii) modifying the automatic stay to allow for recovery of equipment; (iii) allowing and directing immediate payment of an administrative claim; and (iv) granting related relief; and it is hereby

ORDERED that a copy of this Order Shortening Time pursuant to Local Bankruptcy Rule 9006-1, and the papers upon which it is based shall be served electronically pursuant to Local Bankruptcy Rules 9006-1, 9036-1 and 9036-2 on or before _____, 2010 upon: (a) the United States Trustee for the Eastern District of New York (attn: Stan Yang, Esq.); (b) Robinson Brog Leinwand Greene Genovese & Gluck, P.C., counsel for the Debtors and Debtors in Possession (attn: Fred B. Ringel, Esq.); (c) Fox Rothschild LLP, counsel to the Official Committee of Unsecured Creditors (attn: Frederick N. Stevens, Esq.); and (d) those parties who have filed notices of appearance in these cases as of the date hereof will be deemed to have received notice upon the docketing of this Order and the filing of the Motion; and it is further

ORDERED that the manner of service as set forth herein shall be deemed good and sufficient service and notice of the Motion; and it is further

ORDERED, any opposition to the relief requested in the Motion shall be set forth in writing describing the basis therein and shall be filed with the Court (with a courtesy copy thereof submitted to the Chambers of the Honorable Dorothy T. Eisenberg) and served upon GECC's counsel, Moritt Hock Hamroff & Horowitz LLP, 400 Garden City Plaza, Garden City, New York, 11530, Attn: Leslie A. Berkoff, Esq. and the Notice Parties on or before _____, 2010 at 12:00 p.m.

Dated: Central Islip, New York
       April___, 2010

_____
HONORABLE DOROTHY T. EISENBERG
UNITED STATES BANKRUPTCY JUDGE

F:\GECC\Sonix\Bankruptcy\Docs\OSH 4 8 10.doc